SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
SAM BENFORD

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM BENFORD,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MARTIN YERANOSYAN D/B/A POURI BAKERY; YEPREM BAGHBOUDARIAN, AS TRUSTEE OF THE BAGHBOUDARIAN FAMILY TRUST; and DOES 1 to 10,<br><br>　　　　　Defendants. | Case No.: 2:25-cv-02474-ODW (MARx)<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

　　　　Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff SAM BENFORD ("Plaintiff") and Defendants MARTIN YERANOSYAN D/B/A POURI BAKERY and YEPREM BAGHBOUDARIAN, AS TRUSTEE OF THE BAGHBOUDARIAN FAMILY TRUST stipulate that this Court dismiss the above-captioned action, with prejudice, in its entirety.  Each party shall bear his/her/its own costs and attorneys' fees.

\\
\\
\\

Respectfully submitted,

DATED: November 10, 2025    SO. CAL. EQUAL ACCESS GROUP

By:   /s/ Jason J. Kim
      Jason J. Kim
      Attorneys for Plaintiff

DATED: November 10, 2025    LAW OFFICES OF S. CALVIN MYUNG

By:   /s/ S. Calvin Myung
      S. Calvin Myung, Esq.
      Attorneys for Defendants
      MARTIN YERANOSYAN D/B/A POURI BAKERY and YEPREM BAGHBOUDARIAN, AS TRUSTEE OF THE BAGHBOUDARIAN FAMILY TRUST

### Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 10, 2025    By: /s/ Jason J. Kim
           Jason J. Kim